UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL ENRIQUE RAMIREZ,

       Plaintiff,                    No.  2:14-cv-2079 GEB KJN P

vs.

GARY HAFFNER, et al.,

       Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
                            /            **AD TESTIFICANDUM**

      Raul Enrique Ramirez, CDCR # H-02658, a necessary and material witness in proceedings in this case on August 18, 2015, is confined in Pelican Bay State Prison ("PBSP"), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman to appear by video-conferencing at Pelican Bay State Prison, on Tuesday, August 18, 2015, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, Pelican Bay State Prison, P. O. Box 7000, Crescent City, California 95531-7000:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  July 2, 2015

                                                        KENDALL J. NEWMAN
                                                        UNITED STATES MAGISTRATE JUDGE

/rami2079.841.vc