**SAVAGE DAY**
Kelly Savage Day (SBN 235901)
4040 Civic Center Drive, Suite 200
San Rafael, CA  94903
T:  (415) 259-6624
F:  (415) 259-6625
kelly.savageday@savageday.com
Attorney for Defendant
SELEAINA THOMAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ENRIQUE RAMIREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>GARY HAFFNER, et al.,<br><br>    Defendants. | **CASE NO. 2:14-cv-2079 KJN P**<br><br>**[PROPOSED] ORDER REGARDING SUBSTITUTION OF ATTORNEY BY DEFENDANT SELEAINA THOMAS**<br><br>Assigned to:    Judge Garland E. Burrell, Jr.<br>Referral Judge: Judge Kendall J. Newman |

TO THE COURT:

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 182(g), Defendant SELEAINA THOMAS hereby makes the following substitution of attorney:

<u>Former legal representative</u>:
KAMALA D. HARRIS
Attorney General of California
MONICA N. ANDERSON
Supervising Deputy Attorney
ELLEN Y. HUNG
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
E-mail:  Ellen.Hung@doj.ca.gov

19273440v1

New legal representative:
Kelly Savage Day
Savage Day
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Email: kelly.savageday@savageday.com
Telephone: (415) 259-6624/Facsimile (415) 259-6625

Party making this substitution:
SELEAINA THOMAS

DATED:  July 29, 2015            DEPUTY ATTORNEY GENERAL

                                 By: s/ Ellen Hung (per authorization on 7/29/ 20)
                                     ELLEN HUNG
                                     Attorney for Defendants
                                     GUERRA, THOMAS, FLEMING, WILSON and SURIAN

DATED:  July 27, 2015            SAVAGE DAY

                                 By: s/ Kelly Savage Day
                                     KELLY SAVAGE DAY
                                     Attorney for Defendant
                                     SELEAINA THOMAS

DATED:  July 27, 2015            SELEAINA THOMAS

                                 By: s/ Seleaina Thomas (per authorization on 7/27/15)
                                     SELEAINA THOMAS

**IT IS SO ORDERED.**

Dated:  August 6, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

JM /rami2079.atty.sub