**SAVAGE DAY**
Kelly Savage Day (SBN 235901)
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
T: (415) 259-6624
F: (415) 259-6625
kelly.savageday@savageday.com
Attorney for Defendant
SELEAINA THOMAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ENRIQUE RAMIREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>GARY HAFFNER, et al.,<br><br>    Defendants. | **CASE NO. 2:14-cv-2079 KJN P**<br><br>**ORDER GRANTING DEFENDANT THOMAS' EX PARTE APPLICATION AND VACATING THE AUGUST 18, 2015 SETTLEMENT CONFERENCE; RESETTING IT FOR OCTOBER 19, 2015, AT 9:00 A.M.** |

For good cause shown, **IT IS HEREBY ORDERED** that**:**

1.   Defendant Seleaina Thomas' ex parte application is GRANTED. The July 2, 2015 Order scheduling an August 18, 2015 Settlement Conference is VACATED. The settlement conference before Magistrate Judge Kendall J. Newman is reset for October 28, 2015, at 9:30 a.m., at the U.S. District Court, 501 I Street, Sacramento, California in Courtroom #25.

2.   A representative with full and unlimited authority to negotiate and enter into a binding settlement shall attend in person.

3.   Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.

4.   The parties are directed to exchange non-confidential settlement statements seven

1  days prior to the settlement conference.  These statements shall simultaneously be delivered to
2  the court using the following email address:  kjnorders@caed.uscourts.gov.  Plaintiff shall mail
3  his non-confidential settlement statement to arrive not less than seven days prior to the settlement
4  conference, addressed to Magistrate Judge Kendall J. Newman, USDC CAED, 501 I Street, Suite
5  4-200, Sacramento, CA 95814.  The envelope shall be marked "Settlement Statement."  If a
6  party desires to share additional confidential information with the Court, they may do so
7  pursuant to the provisions of Local Rule 270(d) and (e).

8  Dated:  August 12, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:  **Raul Enrique Ramirez v. Gary Haffner, et al.**
Case No.:     2:14-cv-2079 KJN P

I declare:  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at Savage Day for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at Savage Day is deposited with the United States Postal Service.  In accordance with this practice, correspondence placed in the internal mail collection system of the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On August 10, 2015**,** I served the attached:

> **[PROPOSED] ORDER GRANTING DEFENDANT THOMAS' EX PARTE APPLICATION AND VACATING THE AUGUST 18, 2015 SETTLEMENT CONFERENCE; RESETTING IT FOR OCTOBER 19, 2015, AT 9:00 A.M**.

By placing a true and correct copy thereof enclosed in a sealed envelope in the internal mail collection system at Savage Day at 4040 Civic Center Drive, Suite 200, San Rafael, CA 94903, addressed as follows:

Raul Enrique Ramirez, H-02658
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95532-7500
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 10, 2015,** at San Rafael, California.

Kelly Savage Day                                       s/Kelly Savage Day
Declarant                                              Signature