UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL ENRIQUE RAMIREZ,

        Plaintiff,                              No. 2:14-cv-2079 GEB KJN P

vs.

GARY HAFFNER, et al.,

        Defendants.                **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
_____/

    Raul Enrique Ramirez, inmate #H-02658, a necessary and material witness in proceedings in this case on October 28, 2015, is confined in Pelican Bay State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by video-conferencing at Pelican Bay State Prison, October 28, 2015, at 9:30 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a copy of this order and writ by fax on the Litigation Coordinator at Pelican Bay State Prison, 707-465-9099.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Pelican Bay State Prison, 5905 Lake Earl Drive, P.O. Box 7000, Crescent City, California 95531-7000:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: August 20, 2015

                                                          KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE

/rami2079.841vc