UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ENRIQUE RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARY HAFFNER, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-2079 GEB KJN P<br><br><br>ORDER |

　　　Defendants have requested a modification of the discovery and scheduling order.  Good cause appearing, IT IS HEREBY ORDERED that:

　1. Defendants' request to modify the discovery and scheduling order (ECF No. 55) is granted.
　2. The April 7, 2015 discovery and scheduling order is hereby amended as follows.  The parties may conduct discovery until May 17, 2016.  Any necessary motions to compel should be filed by that date.  All pretrial motions, except motions to compel discovery, shall be filed on or before September 2, 2016.
　3. In all other respects the April 7, 2015 order remains in effect.

Dated:  January 21, 2016

/rami2079.amend.dso

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1