UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ENRIQUE RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARY HAFFNER, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-2079 GEB KJN P<br><br><br><br>ORDER |

　　　　Plaintiff has filed his second request for an extension of time to file oppositions to defendants' motions for summary judgment.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

　　　　IT IS HEREBY ORDERED that:

　　　　1.  Plaintiff's requests for extensions of time (ECF Nos. 68, 69) are granted; and

　　　　2.  Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motions for summary judgment.  Defendants' replies, if any, shall be filed within seven days thereafter.  No further extensions of time will be granted.

Dated:  December 9, 2016

rami2079.36sec

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE