UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ENRIQUE RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>GARY HAFFNER, et al.,<br><br>Defendants. | No. 2:14-cv-2079 GEB KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. Defendants' motions for summary judgment are pending. On December 9, 2016, plaintiff was granted a second extension of time to file an opposition to the motions for summary judgment. On December 16, 2016, plaintiff filed a 133 page opposition to defendants' motions for summary judgment. On January 10, 2017, plaintiff filed a 305 page opposition. On January 11, 2017, plaintiff filed a 61 page opposition to the motions, including his own revised declaration, and accompanied by a letter in which plaintiff asked the court to disregard the original opposition, but to file the amended opposition together with the exhibits "in the file or attached to the original opposition." (ECF No. 73-1.)

First, plaintiff is admonished that he should seek court permission before filing multiple oppositions to a motion. Local Rule 230(l) provides for the filing of an opposition and a reply.

Second, it appears that many of the exhibits appended to plaintiff's 305 page filing are duplicative of those submitted with his original opposition. The defendants and the court are not

1

required to ferret through plaintiff's exhibits to determine which exhibits are duplicates and which are not. Moreover, plaintiff's original opposition refers to Exhibits A through D, as does plaintiff's amended opposition. Therefore, the court will partially grant plaintiff's request and direct the Clerk of the Court to detach the exhibits appended to his original opposition, with the exception of plaintiff's own declaration which he has subsequently amended.

Plaintiff is granted fourteen days to review his second 305 page opposition, filed January 10, 2017 (ECF No. 72), to determine which, if any, additional exhibits he wishes to be considered in connection with his January 11, 2017 amended opposition (ECF No. 73). Plaintiff is **not** granted leave to file another opposition, amended or otherwise. Rather, plaintiff shall file a supplemental exhibit list that makes clear which **additional** exhibits he intends to be considered with his amended opposition. Plaintiff may refer to the particular document filed on January 10, 2017, or he may re-submit the exhibits. In any event, plaintiff must clearly identify the document so that the defendants and the court can determine which document plaintiff is referencing. Plaintiff shall **not** re-submit exhibits that were appended to his original opposition.

Plaintiff's original and second oppositions are disregarded. (ECF No. 71, 72.) Plaintiff is cautioned that failure to timely file his supplemental exhibit list will result in consideration of **only** those exhibits provided with his original opposition. (ECF No. 71 at 61-132.) In other words, if plaintiff does not identify any supplemental exhibits, the court will not review the exhibits appended to his unauthorized 305 page filing.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave, *nunc pro tunc*, to file an amended opposition to the pending motions for summary judgment;

2. Plaintiff's amended opposition (ECF No. 73) is deemed timely filed;

3. The Clerk of the Court is directed to detach the exhibits from plaintiff's original opposition (ECF No. 71 at 61-132), and append them to plaintiff's amended opposition as ECF No. 73-2;

4. Plaintiff's December 16, 2016 and January 10, 2017 oppositions are disregarded;

////

2

5. Within fourteen days from the date of this order, plaintiff shall file a supplemental exhibit list as set forth above; and

6. Defendants are granted fourteen days thereafter in which to file their replies to plaintiff's amended opposition.

Dated: January 17, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rami2079.exs