UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ENRIQUE RAMIREZ, | No. 2:14-cv-2079 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| GARY JAFFNER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 24, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that the findings and recommendations filed August 24, 2017, are adopted in full; and

    1. Defendant Thomas' motion for summary judgment (ECF No. 62) is granted;

    2. Defendant Surian's motion for summary judgment (ECF No. 63) is granted;

1

3. Defendant Guerra's motion for summary judgment (ECF No. 63) is denied;

4. Defendant Wilson's motion for summary judgment (ECF No. 63) is denied; and

5. This action is referred back to the assigned magistrate judge for further scheduling.

Dated: September 15, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge