UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ENRIQUE RAMIREZ, | No. 2:14-cv-2079 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| GARY JAFFNER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983. This action was recently set for settlement conference on January 30, 2018. Good cause appearing, the undersigned vacates the October 17, 2017 further scheduling order, including all deadlines scheduled therein, pending the settlement conference. Once the settlement conference is completed, the court will issue a revised scheduling order, if appropriate.

Accordingly, IT IS HEREBY ORDERED that the further scheduling order (ECF No. 90) is vacated.

Dated: December 13, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rami2079.vac

1